LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERT MARTINSON, ET. AL<br>            Defendant, | No.  Cr. S-08-294 EJG<br><br>STIPULATION AND  ORDER CONTINUING SENTENCING HEARING FROM NOVEMBER 18, 2011 TO DECEMBER 2, 2011 AT 10:00 AM. |

**Plaintiff**, United States of America, by its counsel, Assistant United States Attorney Russell Carlberg, and defendants ROBERT MARTINSON, by his attorney, Christopher H. Wing, KATHLEEN DELAPP, by her attorney William Portanova, MELISSA VILLEGAS, by her attorney Bruce Locke and RICK VILLEGAS, by his attorney Tim Warriner, hereby stipulate and agree that the Sentencing Hearing calendared for November 18, 2011 at 10:00 a.m. before the Honorable Senior United States District Court Judge, Edward J. Garcia, may be continued to December 2, 2011, at 10:00 a.m.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | This continuance will allow all the parties to review the transcripts that were made available this week and to be prepared for sentencing on December 2, 2011. All the parties and probation officers are available on that date. |

Respectfully Submitted

Dated: November 15, 2011

Benjamin B. Wagner
United States Attorney

<u>/S/ Christopher H. Wing for</u>
Russell Carlberg
Assistant U.S. Attorney

Dated: November 15, 2011

<u>/S/ Christopher H. Wing</u>
Christopher H. Wing
Attorney for Robert Martinson

Dated: November 15, 2011

<u>/S/ Christopher H. Wing for</u>
William Portanova
Attorney for Kathleen DeLapp

Dated: November 15, 2011

<u>/S/ Christopher H. Wing for</u>
Bruce Locke
Attorney for Melissa Villegas

Dated: November 15, 2011       <u>/S/ Christopher H. Wing for</u>
Tim Warriner
Attorney for Rick Villegas

///

PDF created with pdfFactory trial version www.pdffactory.com

# [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties, and good cause appearing therefor:

IT IS ORDERED THAT: The Sentencing Hearing now set for November 18, 2011 at 10:00 am is vacated and the matter re-set for a Sentencing Hearing on December 2, 2011 at 10:00 am.

Dated: November 15, 2011

/s/ Edward J. Garcia
SENIOR U.S. DISTRICT COURT JUDGE

///

PDF created with pdfFactory trial version www.pdffactory.com