WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998

Attorney for Defendant Kathleen DeLapp

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00294-03-EJG |
| Plaintiff, | STIPULATION AND ORDER RE: RESTITUTION |
| v. | Date: December 2, 2011 |
| KATHLEEN DELAPP, | Time: 10:00 a.m. |
| Defendant. | |

With the Court's permission, Defendant Kathleen DeLapp and Plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

On September 2, 2011, Ms. DeLapp was sentenced after having pled guilty to 18 USC 4 – Misprision of a Felony. Ms. DeLapp was sentenced to 60 months probation with special conditions that included 180 days of home detention and 100 hours of community service.

At the time of sentencing, restitution had not been determined.

It is now stipulated that Ms. DeLapp will pay restitution in the amount of $2,400.00, an amount which represents the defendant's loan processing fees earned from loans with co-defendant Martinson.

1

//

Restitution is to be paid through the Clerk of the U.S. District Court, and is to be forwarded to the following entities:

American Home Mortgage Servicing, Inc., 1525 South Beltline Road, Coppell, Texas 75019 ($1,200.00), and Deutsch Bank AG, 60 Wall Street, New York, New York 10005 ($1,200.00).

The hearing on the matter of Delapp's restitution, presently set for December 2, 2011 at 10:00 a.m., may be vacated.

IT IS SO STIPULATED:

DATED: November 29, 2011

/s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Kathleen DeLapp

DATED: November 29, 2011

/s/ Russell L. Carlberg
_____
RUSSELL L. CARLBERG
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: November 30, 2011

  /s/ Edward J. Garcia
THE HON. EDWARD J. GARCIA
Senior Judge
United States District Court

2