EATHER E. WILLIAMS
Federal Defender
RACHELLE BARBOUR, Cal. Bar # 185395
Research and Writing Attorney
Designated Attorney for Service
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Requesting Appointment
for KATHLEEN MARIE DELAPP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 08-294-WBS |
| Plaintiff, | APPLICATION AND ORDER APPOINTING COUNSEL |
| v. | |
| KATHLEEN MARIE DELAPP, | |
| Defendant. | |

KATHLEEN MARIE DELAPP through the Federal Defender for the Eastern District of California, hereby requests appointment of the Office of the Federal Defender, through RACHELLE BARBOUR, Research and Writing Attorney, to represent her in this case.

Ms. KATHLEEN MARIE DELAPP was referred to the Federal Defender's Office by the United States Probation Office to assist her in filing a motion for early termination of her supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Federal Defender's Office has received a

financial affidavit that indicates that Ms. DeLapp qualifies for appointed counsel. The Federal Defender's Office is respectfully requesting appointment to represent Ms. DeLapp.

DATED: September 10, 2013

                                               Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

                                               /s/ Rachelle Barbour

                                               _____
                                               RACHELLE BARBOUR
                                               Research and Writing Attorney

     Having satisfied the Court that she is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

    DATED: September 10, 2013

                                               */s/ Allison Claire*
                                               _____
                                               UNITED STATES MAGISTRATE JUDGE